

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**12/30/2015**                                                    **COA No. 12-15-00213-CR**
**CORDERO-VARELA, JORGE   Tr. Ct. No. 114-0766-12**          **PD-1382-15**
The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
PAM ESTES
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *